

**IT IS ORDERED as set forth below:**

**Date: August 2, 2026**

_____

**Jonathan W. Jordan**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| | : | |
| 7&7 PROPERTY ADVISORS LLC, | : | 26-58792-JWJ |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| Debtor. | : | CHAPTER 11 OF THE |
| | : | BANKRUPTCY CODE |

**ORDER DISMISSING CASE FOR FAILURE TO CORRECT DEFICIENCIES**

This case was initiated by the filing of a voluntary petition (Doc. 1) by a representative of 7&7 Property Advisors LLC ("Debtor") on July 7, 2026. On the same day, the Court entered an Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Doc. 3) (the "Order Setting Deadlines"), wherein Debtor was required to file certain required documents (the "Required Documents") on or before July 21, 2026, as well as an Order Regarding Unpaid Filing Fees (Doc. 6) (the "Filing Fee Order"), wherein Debtor

was required to pay the $1,738.00 filing fee on or before July 17, 2026. Additionally, on July 7, 2026, the Court entered an Order Regarding Pro Se Filing (Doc. 7) (the "Pro Se Order," and together with the Order Setting Deadlines and the Filing Fee Order, the "Deficiency Orders"), wherein Debtor—being an artificial entity that cannot represent itself in this case or appear before the Court through unlicensed attorneys—was ordered to file an application seeking to retain counsel to represent Debtor in this case on or before July 21, 2026. Each of the Deficiency Orders provided that failure of Debtor to correct the deficiencies by the deadline set forth therein may result in the dismissal of this case "without further notice or hearing."

A review of the docket in this case indicates that, to date, Debtor has failed to file the Required Documents, failed to pay the $1,738.00 filing fee, and failed to file an application seeking to retain an attorney to represent Debtor in this case. Debtor has, therefore, failed to comply with the Deficiency Orders and the Court finds that such failure constitutes cause for this case to be dismissed. Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**.

**END OF ORDER**

2

## Distribution List

**7&7 Property Advisors LLC**
8320 Sentinae Chase Dr
Roswell, GA 30076

**Lindsay P. S. Kolba**
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

**ALL CREDITORS AND PARTIES**